UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Terry Byron Jacobs and
Shari L. Jacobs,

Plaintiffs,

vs.

Alan Thomas Slaby, and
Clean Sweep, Inc.

Defendants.

Civil Case No.: 00-1247 PAM/JGL

**ORDER**

The above captioned matter came on for hearing on Thursday, April 5, 2000 at 9 a.m. before U.S. Magistrate Judge Jonathon Lebedoff pursuant to Defendants' motion to compel independent vocational, functional capacity, and medical examination and other documents and a continuance of trial or, in the alternative, an Order precluding from testifying at trial any vocational or medical witness whose opinions were disclosed following the close of discovery and after the November 1, 2000 deadline for disclosures set forth in the Pretrial Scheduling Order dated September 25, 2000. Michael R. Quinlivan appeared on brief and Patrick C. Cronan at oral argument on behalf of the Defendants; Mark Stageberg appeared on behalf of Plaintiffs.

Based upon on the files and records of this Court and comments of counsel, IT IS HEREBY ORDERED:

1. Expert witness discovery deadlines are extended an additional three months from the date of this Order for the disclosure of identities and reports of any expert witnesses to testify at the trial of this matter.

APR 05 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff Terry Jacobs shall appear at independent vocational, functional capacity and medical evaluations as scheduled by the Defendants at times consistent with paragraph 1 of this Order.

3. Within 14 days of the date of this Order, Plaintiffs' counsel shall have delivered to Defendants' counsel the following documents:

   a. A copy of Dr. Suga's independent medical examination report.

   b. An authorization for the release of the records and report of assigned QRC Gayle Kerslake.

   c. A complete copy of Mr. Jacobs' tax returns be produced; presently only W-2's were produced and the entire tax return was requested.

   d. Executed answers to interrogatories.

   e. An authorization for the release of records by the South Dakota unemployment insurance department.

   d. Dr. Pummala's report advising of potential further surgery.

4. Trial ready status of this matter shall be September 1, 2001.

IT IS SO ORDERED.

Dated: April 7, 2001

U.S. Magistrate Judge Jonathon Lebedoff