**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**TERRY BYRON JACOBS and SHARI L. JACOBS,**

Plaintiffs,

v.

**ALAN THOMAS SLABY and CLEAN SWEEP, INC.,**

Defendants.

---

Civil No. 00-1247 (PAM/JGL)

**ORDER**

APPEARANCES

Mark Nissi Stageberg, Esq., for Plaintiffs.

Michael Roger Quinlivan, Esq., for Defendants.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on July 24, 2001 on Defendant's Motion for a Continuance of Trial (Doc. No. 20). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

This personal injury case arises out of an automobile accident which occurred on May 11, 1999. On April 5, 2001 the Court ordered Plaintiff Terry Jacobs to undergo independent vocational, medical, and functional

JUL 24 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

capacity assessments. Prior to the scheduled assessments, Plaintiff had cervical fusion surgery from which he is still recuperating. Defendants moved for this continuance to give Plaintiff time to heal before completing the independent medical, vocational, and functional capacity assessments. Plaintiff does not object.

Accordingly, trial in this matter is continued. The parties are ordered to notify this Court of Plaintiff's post-operative condition and of the availability of a trial-certain date. This notification shall take place by conference call initiated by the parties on November 1, 2001 at 8:45 a.m.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion For Continuance of Trial (Doc. No. 20) is **GRANTED**.

Dated: July 24, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge