**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Terry Byron Jacobs,

Plaintiff,

Civil 00-1247 PAM/JGL

v.

**ORDER OF DISMISSAL**

Alan Thomas Slaby, et al.

Defendants.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: January 13, 2002

**PAUL A. MAGNUSON, JUDGE**
**United States District Court**

FILED JAN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________