UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Terry Byron Jacobs and
Shari L. Jacobs,

Plaintiffs,

vs.

Alan Thomas Slaby, and
Clean Sweep, Inc.

Defendants.

Civil Case No.: 00-1247 PAM/JGL

---

**ORDER**

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice and with respect to all claims by and between the parties, on the merits and without further cost to any of the parties or their attorneys.

BY THE COURT

DATED: Jan 15, 2001

JUDGE OF DISTRICT COURT

FILED JAN 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Terry Byron Jacobs and
Shari L. Jacobs,

Plaintiffs,

vs.

Alan Thomas Slaby, and
Clean Sweep, Inc.

Defendants.

Civil Case No.: 00-1247 PAM/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled action having been fully, finally and completely compromised and settled between the parties,

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that any and all claims by Terry Byron Jacobs and Shari L. Jacobs may be and hereby are dismissed with prejudice, on the merits and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 1/9/01

MARK N. STAGEBERG
ATTORNEY AT LAW

By: ____________________

Mark N. Stageberg (Atty. No. 104280)
5101 Thimsen Avenue
Minnetonka, Minnesota 55345
612/470-5242
**Attorney for Plaintiffs Terry Byron Jacobs and Shari L. Jacobs**

Dated: 12/27/01

CRONAN PEARSON QUINLIVAN P.A.

By: ____________________

Michael R. Quinlivan (Atty. No. 152808)
1400 Foshay Tower
821 Marquette Avenue South
Minneapolis, Minnesota 55402
612/332-1300
**Attorney for Defendants Alan Thomas Slaby and Clean Sweep, Inc.**